USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
*a/s/o* HSF NEW YORK, INC.,

      Plaintiff,

  -v-

ANTHONY T. RINALDI, LLC *d/b/a* THE
RINALDI GROUP, LLC, et al.,

      Defendants.
---------------------------------------------------------------X

**ORDER**

19-CV-6715 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

  The Court held an initial conference today. As discussed, the Court will refer the case to the Court-annexed Mediation Program to find a mutually convenient date for parties to conduct mediation in the latter half of January 2020. It is hereby ordered as follows:

1. To the extent that plaintiff intends to file a dismissal as to Red Line Construction & Maintenance, LLC, and Twig Consulting Engineers, P.C., it is directed to do so by **December 2, 2019.**

2. Within one week of completing mediation, the parties are directed to inform the Court by letter filed on the docket as to whether the case has been settled (or alternatively the parties can file a stipulation of dismissal). If there is a reported settlement, the Court will issue a 30-day order of dismissal. If not, the Court will schedule a telephone conference to set a civil case management plan.

  **SO ORDERED.**

Dated: November 26, 2019
   New York, New York

                     _____
                     JAMES L. COTT
                     United States Magistrate Judge