USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY *a/s/o* HSF NEW YORK, INC., | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| -v- | : | 19-CV-6715 (JLC) |
| ANTHONY T. RINALDI, LLC *d/b/a* THE RINALDI GROUP, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court having been advised by final report of the mediator dated May 26, 2020 that all claims asserted herein have been settled, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen must be filed within 30 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court.

    The Clerk is directed to close this case.

    **SO ORDERED.**

Dated: May 29, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge